# SUK LAW FIRM, LTD.

February 22, 2019

Honorable Donavan W. Frank
Judge of U.S. District Court - MN
724 Federal Building
316 North Robert Street
St. Paul, MN 55101

      RE: *Childs Enterprises LLC, et al v. Wilson Mutual Insurance Company*
            *Court File No. 0:19-VB-00229-DWF-DTS*

Dear Judge Frank:

Steven Tomsche, defense counsel in the above matter, and I, on behalf of the Plaintiffs, would like to advise the Court that we have reached a settlement of all claims existing between the parties. Therefore, this matter may be stricken from the Court's active calendar.

We are in the process of drafting the appropriate releases and Stipulation of Dismissal with Prejudice. As soon as those documents have been drafted, circulated, approved, and signed, we will file the Stipulation of Dismissal with Prejudice with the Court.

I would like to thank the Court for its consideration in this matter.

Sincerely,

*[signature]*

CHARLES JAMES SUK
Direct Dial: (507) 252-0000
Email: jim@suklawfirm.com

CJS/dja

cc:   Steve Tomsche

FIVE EAST CENTER STREET • ROCHESTER, MN • 55904
PHONE: 507-281-0000 • FAX: 507-281-4427