# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Childs Enterprises LLC d/b/a The Tipsy Turtle, a Minnesota corporation, and its assignees, Matthew Siems, individually, and as Trustee for the Next-of-Kin of William Thomas Siems, deceased, Crystal Bishop, individually, and as parent and natural guardian of F.S. and K.S., minors, and Amber Bishop, individually, and as the parent and natural guardian of J.B., a minor,<br><br>        Plaintiffs,<br>v.<br><br>Wilson Mutual Insurance Company, a foreign corporation,<br><br>        Defendant. | Court File:19-cv-00229 (DWF/DTS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that all claims in the above-entitled action may be, and the same hereby are, dismissed with prejudice and on the merits, but without further costs to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED,** that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Date: 5/30/2019

*(signature)*
Charles James Suk, Esq. (#106914)
**SUK LAW FIRM, LTD.**
Five East Center Street
Rochester, MN 55904
T: (507) 281-0000
E: jim@suklawfirm.com

*Attorneys for Plaintiffs*

Date: 5/31/19

*(signature)*
Steven E. Tomsche, Esq. (#190561)
Kelly P. Magnus, Esq. (#0397569)
**TOMSCHE, SONNESYN & TOMSCHE, P.A.**
8401 Golden Valley Road, Suite 250
Minneapolis, MN 55427
T: (763) 521-4499
E: stomsche@tstlaw.com| kmagnus@tstlaw.com

*Attorneys for Defendant*