UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Childs Enterprises LLC d/b/a The Tipsy Turtle, a Minnesota corporation, and its assignees; Matthew Siems, individually, and as Trustee for the Next-of-Kin of William Thomas Siems, deceased; Crystal Bishop, individually, and as parent and natural guardian of F.S. and K.S., minors; and Amber Bishop, individually, and as the parent and natural guardian of J.B., a minor, | Civil No. 19-229 (DWF/DTS) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Wilson Mutual Insurance Company, a foreign corporation, | |
| Defendant. | |

Based upon the parties' Stipulation of Dismissal With Prejudice filed on May 31, 2019, (Doc. No. [8]), and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that all of the claims in the above-entitled action, including cross-claims, are **DISMISSED WITH PREJUDICE** and on the merits, without further costs to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 3, 2019         s/Donovan W. Frank
                            DONOVAN W. FRANK
                            United States District Judge